**MEYNER AND LANDIS LLP**
**One Gateway Center, Suite 2500**
**Newark, New Jersey 07102**
**(973) 602-3466**
**dgrantz@meyner.com**
**David B. Grantz, Esq.**
Attorneys for DCR Mortgage 10 Sub 4, LLC

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| 47-30 REALTY ASSOCIATES LLC | In Proceedings Under<br>Chapter 11 of the<br>United States Bankruptcy Code<br>Civil Action No.: 24-11635 (dsj) |
| Debtor. | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

TO:   CLERK, UNITED STATES BANKRUPTCY COURT

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the undersigned hereby appears as counsel for DCR Mortgage 10 Sub 4, LLC for the above captioned proceedings of this Court. Pursuant to Rule 2002 and Section 9010 of the Bankruptcy Code, the undersigned requests that copies of all pleadings, orders and notices in this matter be served by all parties upon the undersigned at the above stated address.

**MEYNER AND LANDIS LLP**
Attorneys for DCR Mortgage 10 Sub 4, LLC

By:   *David B. Grantz*
       David B. Grantz, Esq.

DATED:  September 25, 2024